United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDE DAVID SMITH,

Plaintiff,

v.

HOUSING AUTHORITY OF THE CITY OF ALAMEDA, et al.,

Defendants.

Case No. 26-cv-01233-HSG

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT**

Re: Dkt. No. 11

Pending before the Court is pro se Plaintiff Jude David Smith's motion for an extension of time to file an amended complaint. Dkt. No. 11. The Court **GRANTS** the motion. Plaintiff is directed to file his amended complaint by July 17, 2026. The Court advises that it will not grant Plaintiff further extensions of time to file an amended complaint.

**IT IS SO ORDERED.**

Dated:   6/16/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge