UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDE DAVID SMITH,

Plaintiff,

v.

HOUSING AUTHORITY OF THE CITY OF ALAMEDA, et al.,

Defendants.

Case No. 26-cv-01233-HSG

**ORDER TO SHOW CAUSE**

The Court **DIRECTS** Plaintiff to **SHOW CAUSE** why the case should not be dismissed for failure to prosecute, given Plaintiff's failure to amend the complaint by the July 17, 2026, deadline. Plaintiff shall file a statement of two pages or less by August 10, 2026.

**IT IS SO ORDERED.**

Dated: 7/29/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California